JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
  Oakland, California 94612
  Telephone: (510) 637-3924
  Fax: (510) 637-3724

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04-00257 PJH |
| ) | CR 09-00734 PJH |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] **ORDER AND PETITION** |
| v. ) | **FOR WRIT OF HABEAS CORPUS AD** |
| ) | **PROSEQUENDUM** |
| WADDELL WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    TO:    The Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of California:

    The United States of America, by Assistant United States Attorney Chinhayi Cadet, respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner WADDELL WILLIAMS. The prisoner is requested to appear in the above-referenced matter before the Honorable Donna M. Ryu, United States Magistrate Judge, 1301 Clay Street, Courtroom #4, Oakland, California on April 26, 2010 at 10:00 a.m. His place of custody and

WRIT AD PROSEQUENDUM
CR 04-00257 PJH
CR 09-00734 PJH

1  jailor are set forth in the attached writ.

3  DATED: March 29, 2010                Respectfully submitted,

4                                       JOSEPH P. RUSSONIELLO
                                        United States Attorney

6                                       _____/s/_____
                                        CHINHAYI COLEMAN CADET
7                                       Assistant United States Attorney

8  IT IS SO ORDERED.

9  DATED: March  31 , 2̶0̶0̶8̶  2010

11                                      _____
                                        HONORABLE LAUREL BEELER
12                                      United States Magistrate Judge

WRIT AD PROSEQUENDUM
CR 04-00257 PJH
CR 09-00734 PJH                         2

### THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: **FEDERICO ROCHA**, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of San Quentin:

### GREETINGS

**WE COMMAND**, pursuant to 18 U.S.C. § 3621(d), that on April 26, 2010, at 10:00 a.m., you have and produce the body of WADDELL WILLIAMS, CDC Number K072538, who is in your custody in the herein above-mentioned institution, before the United States District Court in and for the Northern District of California, in the courtroom of Honorable Donna M. Ryu, United States Magistrate Judge, 1301 Clay Street, Courtroom #4, Oakland, California, in order that WADDELL WILLIAMS may then appear in District Court upon charges heretofore filed against him in the above-captioned case, and that you abide by such order of the Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of proceedings in this Court;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

**WITNESS** the Honorable, United States Magistrate Judge for the Northern District of California.

Dated: March 31, 2010

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By:  /s/ Lashanda Scott
DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 04-00257 PJH
CR 09-00734 PJH

3