JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3924
   Fax: (510) 637-3724
   E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-0734 PJH |
|---|---|---|
|     Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
|     v. | ) | |
| WADDELL WILLIAMS, | ) | Date: May 18, 2010 |
|     Defendant. | ) | Time: 10:00 a.m. |
|  | ) | Court: Hon. Laurel Beeler |

    Defendant Waddell Williams appeared at a status conference before the Court on May 18, 2010.  With the agreement of the parties, and with the consent of Defendant Waddell Williams, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from May 18, 2010 to May 25, 2010.  The parties agreed, and the Court found and held, as follows:

    1.    Defendant Waddell Williams sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have additional time to investigate this matter, interview additional witnesses, confer with defendant, and prepare for the trial of this matter, taking into account the exercise of due diligence.

    2.    Given these circumstances, the Court found that the ends of justice served by

[PROPOSED] ORDER EXCLUDING TIME

excluding the period from May 18, 2010 to May 25, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Waddell Williams, the period from May 18, 2010 to May 25, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: May 19, 2010

_____
LAUREL BEELER
United States Magistrate Judge

Approved As To Form:

_____/s/_____
CHINHAYI COLEMAN CADET
Assistant United States Attorney

_____/s/_____
NED SMOCK
Attorney for Defendant

[PROPOSED] ORDER EXCLUDING TIME

2